UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERMAN E SEVERIN, in his individual and representative capacity as Trustee-- Sherman E Severin & Nancy J Severin Trust; NANCY J SEVERIN, in her individual and representative capacity as Trustee-- Sherman E Severin & Nancy J Severin Trust; SEVERIN & KISHI COMPANY, a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-01578-JAM-AC<br><br>**ORDER** |

**ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/25/2015　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　　Case: 2:14-CV-01578-JAM-AC